**Order filed September 9, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00034-CV**

---

**IN RE JOSEPH EMANUEL MURGOLA, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12994**

---

## ORDER

On February 11, 2021, relator, Joseph Emanuel Murgola, filed a second supplemental petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.7(a)(2). The Rules of Appellate Procedure require that relator file with the petition, "a properly authenticated transcript of any relevant testimony from any underlying proceeding,

including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." *Id.*

By this order, the court gives relator notice that the petition will be dismissed unless an amended petition is filed on or before **September 20, 2021**, that addresses the record issues above. *See In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding); *see also* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Spain, Bourliot, and Zimmerer.